Marshall A. Lerner (State Bar No. 55,224)
Vivian Z. Wang (State Bar No. 289,870)
Kleinberg & Lerner, LLP
1875 Century Park East, Suite 1150
Los Angeles, California 90067
(310)557-1511/Fax (310)557-1540

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKECHERS U.S.A., INC., a Delaware Corporation, and SKECHERS U.S.A., INC. II, a Delaware Corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>ELIYA, INC., a New York Corporation and Does 1 – 10 inclusive<br><br>DEFENDANT(S). | CASE NUMBER<br><br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Marshall A. Lerner_____, whose address is _KLEINBERG & LERNER, LLP, 1875 Century Park East, Suite 1150, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____        By: _____
                                              Deputy Clerk

                                          *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                              **SUMMONS**